**U.S. DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Jela JEVREMOVIC, Petitioner<br>4545 Connecticut Avenue N.W.<br>Apartment 711<br>Washington, D.C. 20008, | *<br><br>* | |
| Petitioner | * | |
| v. | * | |
| Michael CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive; Building 410<br>Washington, D.C. 20528, | *<br><br>* | Case: 1:07-cv-01278<br>Assigned To : Urbina, Ricardo M.<br>Assign. Date : 7/18/2007<br>Description: General Civil |
| Respondent | * | |
| Emilio T. GONZALEZ, Ph.D., Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20529, | *<br><br>* | |
| Respondent | * | |
| Robert S. MUELLER III, Director<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20525, | *<br><br>* | |
| Respondent | * | |

**PETITION FOR A WRIT OF MANDAMUS**

COMES NOW THE PETITIONER, Jela Jevremovic, by and through counsel, J. Michael Springmann, and prays this Honorable Court for a Writ of Mandamus. As reasons for such, Ms. Jevremovic states:

1. This action is brought against Respondents to compel their action on an Application for Naturalization as a Citizen of the United States of America, i.e., Form N-400 of the U.S.

Citizenship & Immigration Services (USCIS or The Service). This form was properly filed by the Petitioner and received by the Respondents, the U.S. Department of Homeland Security (DHS) and one of its constituent parts, USCIS, on May 11, 2006. (See Exhibit 1). The Application is processed with the assistance of another Respondent, the Federal Bureau of Investigation (FBI). The Application remains within the jurisdiction of the Respondents who have improperly withheld action on the Petitioner's Application for more than one calendar year, to the detriment of the rights and privileges of the Petitioner.

## I. Jurisdiction

2. This is a civil action brought pursuant to 8 U.S.C. § 1329 (jurisdiction of the District Courts) and 28 U.S.C. §§ 1331 (Federal Question jurisdiction) and 1361 (action to compel an officer of the United States to perform his duty). This Action is filed to redress the deprivation of rights, privileges, and immunities secured to Petitioner by these statutes and to compel Respondents to perform a duty that they owe Petitioner. Jurisdiction is also conferred by 5 U.S.C. § 704 (Administrative Procedure Act).

3. Petitioner Jevremovic is entitled to have her Application adjudicated.

## II. Venue

4. Venue is proper under 28 U.S.C. § 1391(e) because Petitioner is a resident of the District of Columbia and no real property is involved in this action. The principal Respondent, Michael Chertoff, is being sued in his official capacity as Secretary of the Department of Homeland Security, a U.S. agency resident in this district. That Petitioner filed her N-400 Application for Naturalization with the Respondent DHS's USCIS Vermont Service Center is of no import in deciding venue, as all N-400 Applications originating in Washington, D.C. must be

2

filed with the Vermont Service Center. Because such policy is formulated by DHS and implemented by USCIS in Washington, D.C. and both are federal agencies, venue is proper in Washington, D.C. Respondent Robert S. Mueller III, Director of the Federal Bureau of Investigation, an agency of the United States, is also being sued in his official capacity, and his agency is headquartered in this district.

5. Respondents are officials in the DHS, the USCIS, and the FBI and are charged by law with the statutory obligation to adjudicate this application.

### III. Parties

6. Petitioner, Ms. Jela Jevremovic, is a citizen and national of the Republic of Croatia, and has been a Legal Permanent Resident of the United States of America since August 6, 2001. She is a resident of the District of Columbia. Her Alien Number (USCIS File Number) is A 077 213 123. (See Exhibit 2). She is currently employed by the U.S. Department of State, working as a Journalist and Radio and TV Broadcaster with the Voice of America (VOA), an agency of the United States government. VOA awarded her a Gold Medal for superior performance in 2004, one of only 13 awarded annually. She holds a SECRET security clearance.

7. Prior to her present position, Ms. Jevremovic worked, inter alia, for the European Union; as a war correspondent with CBS News; as a special consultant for ABC TV Australia; Thames Television; and HBO. Additionally, Petitioner daily briefed U.S. Embassy officials in Belgrade, the Serbian capital as well as provided briefs on an intermittent basis to the UN commander in Sarajevo during the Bosnian civil war as well as to other U.S. government officials in the early 1990s.

8. Petitioner Jevremovic has a clear right to be granted U.S. citizenship and is statutorily

3

entitled to U.S. citizenship, having performed all the legal and regulatory requirements necessary to becoming a citizen as well as having paid all governmental fees. Respondents have a clear duty to adjudicate her application for Naturalization. Petitioner has no other relief available. See Asare v. Ferro, 999 F. Supp. 657, 659 (D. Md. 1998). See also Iddir v. I.N.S., 301 F.3d 492 (7th Cir. 2002). However, Respondents DHS and USCIS have not scheduled and apparently have no plans to schedule Petitioner for the requisite interview and test of her language abilities and knowledge of U.S. history and culture. See 8 U.S.C. § 1422 and 8 C.F.R. §§ 316.1 *et seq.*

9. Working as a Journalist and Radio and TV Broadcaster at the Voice of America, Petitioner Jevremovic is daily required to demonstrate her understanding of the English language, including an ability to read, write, and speak words at a level equivalent to that of an educated native speaker of that tongue. Cf. 8 U.S.C. § 1423(a)(1). Additionally, Ms. Jevremovic, in her official position as an employee of the U.S. government, is required to have a thorough knowledge and understanding of the fundamentals of the history as well as the principles and form of government of the United States. Cf. 8 U.S.C. § 1423(a)(2). The Petitioner is not opposed to the United States government or to any law and does not favor, nor has she ever favored, any totalitarian form of government. Therefore, she is not barred from Naturalization under 8 U.S.C. § 1424.

10. Petitioner meets the requirements as to residence as provided in 8 U.S.C. § 1427(a). Immediately prior to filing her Application for Naturalization in May 2006, Ms. Jevremovic had resided continuously, after being lawfully admitted for permanent residence on August 6, 2001, within the United States for five (5) years and had been physically present in this country for periods totaling at least half that time. Furthermore, Petitioner has resided in the District of

4

Columbia for more than three (3) months prior to filing her Application for Naturalization. Therefore, her Application was properly filed pursuant to 8 U.S.C. § 1427(a)(1).

11. During all periods referred to at 8 U.S.C. § 1427(a), Petitioner Jevremovic has been and still is a person of good moral character, attached to the principles of the Constitution of the United States and well disposed to the good order and happiness of the United States.

12. Petitioner is greatly damaged by the failure of the Respondents to adjudicate her Application for Citizenship. Ms. Jevremovic requires immediate adjudication of her Application for Citizenship because she is legally entitled to it and seeks to resume her travels abroad for the convenience of the U.S. government. Given her Balkan language skills and knowledge of the region and its conflicts, it is extremely dangerous for her to travel there without the protection the United States of America owes and provides its citizens. Additionally, Petitioner's Permanent Residence status causes economic hardship: it restricts her promotions and pay increases at work, as well as making her more vulnerable to dismissal since non-citizens are the first to be fired in any reduction in force. Loss of Petitioner's services would also have a detrimental effect on the Voice of America and the Department of State, affecting VOA's ability to broadcast more than 1,000 hours of news, information, educational, and cultural programming every week to an estimated worldwide audience of more than 115 million people, targeted by language, nationality, and ethnicity. Without Petitioner's input on the Balkans, the Department of State would have more difficulty formulating and conducting American foreign policy for the region.

13. Respondents CHERTOFF, Secretary, U.S. Department of Homeland Security; GONZALEZ, Director, U.S. Citizenship & Immigration Services; and MUELLER, Director, Federal Bureau of Investigation are officers of the United States and are charged by law with the

statutory obligation to adjudicate Ms. Jevremovic's N-400 Application. They owe Petitioner a

duty to rule on it and have unreasonably failed to perform that duty. Congress has vested the

Executive Branch with authority to confer citizenship. 8 U.S.C. § 1421(a). The statute

authorizing the Executive Branch to decide citizenship is suffused with mandatory language. See

8 U.S.C. §§ 1422, 1423, 1427. See also Iddir, 301 F.3d at 499 (describing Congress' use of

mandatory language and the word "shall" throughout the statute as conferring a duty upon the

Attorney General to administer the diversity visa program). Moreover, the presence of a grant of

jurisdiction to District Courts to review lack of adjudication under 8 U.S.C. § 1447(b), although

not relied upon in this Action, demonstrates that Congress intended to impose a mandatory duty

upon the Executive Branch. See also 8 C.F.R. §§ 310.1, 310.2. The DHS, USCIS, and FBI

received Petitioner's Application and have jurisdiction over her case, DHS and USCIS having

responsibility for adjudicating citizenship applications, with the FBI providing the so-called

"name check", an investigation into whether the Petitioner is guilty of any crimes.

### IV. Facts of the Case

14. Petitioner Jevremovic is a citizen and national of the Republic of Croatia. She has

lived in the United States since 1998, and, as noted above, is currently an International Radio and

TV Broadcaster at the Voice of America, part of the U.S. Department of State, an agency of the

United States government. She was granted Legal Permanent Resident status on August 6, 2001

as the beneficiary of an immigrant petition filed by her son.

15. On May 11, 2006, the USCIS Eastern Service Center in St. Albans, Vermont

received Petitioner's N-400 Naturalization Application and stated that she would be called for a

citizenship interview within 90 calendar days of that receipt. According to the USCIS website, it

6

is now processing naturalization applications filed on or before October 25, 2006. (See Exhibit 3). Clearly, Ms. Jevremovic's case is far outside normal processing times. This is unacceptable and unwarranted.

16. Beginning early in 2007, Petitioner twice telephoned Respondent USCIS about her case--without result, other than being told to go in person to the Washington, D.C. District Office located inconveniently in Merrifield, Va. On May 29, 2007, Ms. Jevremovic did that and was told by an Immigration Officer who examined her records that the FBI's checking of her name was part of the delay. The official added that this name check could last four (4) more years.

## V. Petitioner is Able to Establish All the Elements of a Successful Mandamus Action

17. A mandamus plaintiff must demonstrate that: (i.) he has a clear right to the relief requested; (ii.) the Respondent has a clear duty to perform the act in question; and (iii.) no other adequate remedy is available. Iddir v. INS, 301 F.3d 492, 499 (7th Cir. 2002). Petitioner easily meets all three of these criteria.

### i. *Petitioner Has a Clear Right to the Relief Requested*

18. Respondents have deliberately, willfully, and unreasonably refused to adjudicate Petitioner's Application for Naturalization for more than one calendar year, thereby depriving Petitioner of her rights under 8 C.F.R. §§ 316.2 *et seq.* and her right of being lawfully accorded the privileges of becoming a United States citizen. These rights include the ability to accept employment, vote, run for political office, and travel in and out of the United States freely and without delay. 8 U.S.C. §§ 1445 *et seq.*. Ms. Jevremovic has engaged in no action, either within or without the United States, which would cause her to be denied American citizenship for want of good moral character. She has not admitted to, been charged with, or been convicted of any

7

crime of moral turpitude which would make her inadmissible to the United States or cause her

removal from them. See Immigration & Nationality Act § 237(a)(2)(A); 8 U.S.C. §

1182(a)(2)(A)(i)(I). Petitioner fully appreciates and treasures the benefits and blessings of

American Citizenship; she wants nothing more than the opportunity to renounce and abjure her

fealty to the Republic of Croatia, replacing it with true faith and allegiance to the Constitution

and laws of the United States. Petitioner is legally entitled to have her application for citizenship

adjudicated forthwith.

### *ii. Respondents Have a Clear Duty to Perform the Act in Question*

19. This Writ of Mandamus should be granted because Respondents owe Petitioner

Jevremovic the duty to act upon her request for prompt adjudication of her long-pending N-400

Application for Citizenship. See <u>Donovan v. United States</u>, 580 F.2d 1203, 1208 (3rd cir. 1978),

holding that Mandamus is an appropriate remedy whenever a party demonstrates a clear right to

have an action performed by a government official who refuses to act. Under the Regulations,

the DHS and USCIS have a clear duty to adjudicate such applications. 8 C.F.R. §§ 310.1, 310.2.

As here, where the government has failed to take any action, the Court may order the

Respondents to adjudicate an application or petition. See e.g., <u>Iddir v. INS</u>, 301 F.3d 492, 500

(7th Cir. 2002), duty to adjudicate applications under the diversity lottery program.; <u>Patel v.</u>

<u>Reno</u>, 134 F.3d 929, 933 (9th Cir. 1997), duty to adjudicate visa application.

20. Mandamus is also appropriate because the government has failed to act within a

reasonable amount of time. See: <u>Kim v. Ashcroft</u>, 340 F. Supp.2d 384 (S.D.N.Y. 2004), noting

that section 555(b) of the Administrative Procedure Act (APA) requires the government to act

within a reasonable period of time. Petitioner Jevremovic has waited for more than a year to

have her N-400 Application for Citizenship adjudicated. Moreover, she has tried three (3) times to learn about the delay and, despite her best efforts, has received nothing more than "they are working on the 'name check', which might take 4 more years." As noted above, the DHS/USCIS processing times, most recently posted June 25, 2007 on their official website, show that N-400 Applications with filing dates of October 25, 2006, 5 months after Petitioner's, are now being adjudicated. Respondents have not requested any additional information or evidence necessary for processing nor have they supplied any reason for the inordinate delay in settling the matter, other than the airy response that it "might take as long as 4 years to process". That Ms. Jevremovic's Application has been pending for more than 12 months , since May 11, 2006, is unreasonable and unacceptable.

21. Because Respondents have a clear duty to adjudicate Petitioner Jevremovic's N-400 Application and because DHS/USCIS and the FBI have failed to act within a reasonable period of time, the Court may order the Respondents to promptly adjudicate said N-400 Application.

### iii.  No Other Adequate Remedy is Available to Petitioner

22. The Writ of Mandamus ought to be granted because Petitioner Jevremovic has no alternative means of attaining adjudication of her Application and her right to issuance of the Writ is "clear and indisputable". Allied Chemical Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Other than through the Department of Homeland Security and its Citizenship and Immigration Services division, coupled with a Federal Bureau of Investigation "name check", Petitioner has no other means of having her Application adjudicated. Throughout the last year, Ms. Jevremovic has utilized all administrative means, short of filing suit, to procure an answer from Respondents, including personal telephone calls and personal visits to USCIS offices. As noted above, this has

been of no avail. Because no other adequate remedy is available to Petitioner, this Honorable

Court may order Respondents to adjudicate and grant Ms. Jevremovic's N-400 Application.

### VI. Prayer for Relief

18. THEREFORE, Petitioner prays that this Honorable Court:

i. Compel Respondents and those acting for them to perform their duty to adjudicate and

approve Petitioner's N-400 Application for Citizenship;

ii. Grant her reasonable attorney's fees and costs under the Equal Access to Justice Act;

iii. And grant such other and further relief as this Honorable Court, in its wisdom, deems

just and appropriate.

Date: _____    Respectfully submitted,


Jela Jevremovic


By Counsel,


J. Michael Springmann
Law Office of J. Michael Springmann PLLC
4619 Yuma Street N.W.
Washington, D.C. 20016
Tel. (202) 686-4869
Fax (202) 966-1254
E-Mail: springmannslaw@fcc.net
U.S. District Court Bar No. 465099

10

**EXHIBIT ONE**

**THE UNITED STATES OF AMERICA**

| Receipt | | | NOTICE DATE<br>May 19, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 077 213 123 |
| APPLICATION NUMBER<br>ESC*001630757 | RECEIVED DATE<br>May 11, 2006 | PRIORITY DATE<br>May 11, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JELA JEVREMOVIC
4545 CONNECTICUT AVE NW # 711
WASHINGTON DC  20008

PAYMENT INFORMATION:

Single Application Fee:        $400.00
Total Amount Received:        $400.00
Total Balance Due:            $0.00

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:        March 19, 1946
Address Where You Live:  4545 CONNECTICUT AVE NW # 711
                        WASHINGTON DC 20008

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within  90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC*001614003



**EXHIBIT TWO**

05/25/2007  01:02    2024721129



INS A# 077-213-123
Birthdate    Category    Sex
03/19/46        IR0        F
Country of Birth
Italy
CARD EXPIRES 10/19/11
Resident Since 08/06/01

C1USA0772131235WAC0105951487<<
4603199F1110193ITA<<<<<<<<<<<<0
JEVREMOVIC<<JELA<<<<<<<<<<<<<<

**EXHIBIT THREE**

received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Washington DC** Posted June 15, 2007

| I-131 | Application for Travel Documents | March 15, 2007 |
|-------|----------------------------------|----------------|
| I-485 | Application to Register Permanent Residence or Adjust Status | September 15, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | March 15, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | January 28, 2007 |
| I-765 | Application for Employment Authorization | March 29, 2007 |
| N-400 | Application for Naturalization | October 25, 2006 |
| N-600 | Application for Certification of Citizenship | March 15, 2007 |

Print This Page        Back

**06-25-2007 01:08 PM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS  Jela JEVREMOVIC<br>4545 Connecticut Ave. N.W.; #711<br>Washington, D.C. 20008<br>(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  D.C.<br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS  DHS, Michael Chertoff;<br>USCIS, Emilio T. Gonzalez;<br>FBI, Robert S. Mueller III<br>COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  D.C.<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Law Office of J.M. Springmann<br>4619 Yuma Street N.W.<br>Wash. D.C. 20016; 202-686-4869 | ATTORNEYS (IF KNOWN)  Jeffrey A. Taylor<br>U.S. Attorney for D.C.<br>555 4th St. N.W.<br>Wash. D.C. 20530 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

8 USC 1329; 28 USC 1331, 1361; 5 USC 704.  USG greatly delayed Citizenship.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $** E∅J∅    Check YES only if demanded in complaint **JURY DEMAND:** □ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES ☒ NO    If yes, please complete related case form.

DATE 07/18/07    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint.  You may select only <u>one</u> category.  You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.