CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
_____
    Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann_____, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

        U.S. Attorney General
        950 Penna. Ave. N.W.
        Wash. D.C. 20530

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6903 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
_____            _____
       (Date)                               (Signature)



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

7004 2510 0004 8751 6903

| | |
|---|---|
| Postage | $ $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.28 |

Postmark Here: 0815 13 CHEVY CHASE, MD JUL 19 2007 USPS 07/19/2007

Sent To U.S. Attorney General
Street, Apt. No.; or PO Box No. 950 Penna. Ave. N.W.
City, State, ZIP+4 Wash. D.C. 20530

PS Form 3800, June 2002 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Penna. Ave. N.W.
Wash. D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery JUL 23 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 2510 0004 8751 6903

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
    Plaintiff(s)

vs.

Civil Action No. 07 1278 RMU

Michael CHERTOFF et al
    Defendant(s)

### AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

```
U.S. Attorney for D.C.
501 3rd St. N.W.
Washington, D.C. 20001
```

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6897 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25th day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
(Date)

(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here — CHEVY CHASE MD — JUL 19 2007

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St. N.W.
City, State, ZIP+4: Wash. D.C. 20001

7004 2510 0004 8751 6897

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   501 3rd St. N.W.
   Wash. D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]    C. Date of Delivery: JUL 25 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0004 8751 6897

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
_____
    Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
_____
    Defendant(s)

### AFFIDAVIT OF MAILING

I, __J. Michael Springmann_____, hereby state that:

On the __19th__ day of __July_____, __2007__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~ addressed to the following defendant:

> Emilio T. Gonzalez, PhD., Director
> USCIS
> 20 Mass. Ave. N.W.
> Washington, D.C. 20529

I have received the receipt for the certified mail, No. __7004 2510 0004 8751 6866__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __24th__ day of __July_____, __2007__.

I declare under penalty of perjury that the foregoing is true and correct.

__August 3, 2007__                                    _____[signature]_____
   (Date)                                                        (Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20529

| | |
|---|---|
| Postage | $1.48 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.28 |

Postmark Here
CHASE MD
13 JUL 2007
USPS 07/13/2007

Sent To: Emilio T. Gonzalez, USCIS
Street, Apt. No.; or PO Box No.: 20 Mass. Ave. N.W.
City, State, ZIP+4: Wash. D.C. 20529

7004 2510 0004 8751 6866

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emilio T. Gonzalez, PhD
Director, USCIS
20 Mass. Ave. N.W.
Wash. D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0004 8751 6866

PS Form 3811, February 2004    Domestic Return Receipt    102595-02

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
　　Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
　　Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

```
Robert S Mueller III, Director
FBI
935 Penna. Ave. N.W.
Washington, D.C. 20525
```

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6873 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
(Date)

(Signature)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 8751 6873**
Status: **Delivered**

Your item was delivered at 3:32 AM on July 23, 2007 in WASHINGTON, DC 20535.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
        Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
        Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

        Michael CHERTOFF, Secretary
        Department of Homeland Security
        425 Murray Drive
        Bldg 410
        Washington, D.C. 20528

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6860 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
    (Date)                                        (Signature)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 8751 6880**
Status: **Delivered**

Your item was delivered at 7:34 AM on July 23, 2007 in WASHINGTON, DC 20528.

**Additional Details >**   **Return to USPS.com Home >**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

