CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
_____
    Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

    U.S. Attorney General
    950 Penna. Ave. N.W.
    Wash. D.C. 20530

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6903 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
_____
(Date)

_____
(Signature)



7004 2510 0004 8751 6903

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

0815
13
Postmark Here
USPS CHEVY CHASE MD JUL 19 2007
07/19/2007

Sent To U.S. Attorney General
Street, Apt. No.; or PO Box No. 950 Penna. Ave. N.W.
City, State, ZIP+4 Wash. D.C. 20530

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Penna. Ave. N.W.
Wash. D.C. 20530

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery JUL 23 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7004 2510 0004 8751 6903

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
 Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
 Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

```
U.S. Attorney for D.C.
501 3rd St. N.W.
Washington, D.C. 20001
```

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6897 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25th day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
(Date)

(Signature)

```
7004 2510 0004 8751 6897
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here — CHEVY CHASE MD — JUL 19 2007

Sent To: U.S. Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St. N.W.
City, State, ZIP+4: Wash. D.C. 20001

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   501 3rd St. N.W.
   Wash. D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]     ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   JUL 2 5 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0004 8751 6897

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
　　　Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
　　　Defendant(s)

## AFFIDAVIT OF MAILING

I, **J. Michael Springmann**, hereby state that:

On the **19th** day of **July**, **2007**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

```
Emilio T. Gonzalez, PhD., Director
USCIS
20 Mass. Ave. N.W.
Washington, D.C. 20529
```

I have received the receipt for the certified mail, No. **7004 2510 0004 8751 6866** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **24th** day of **July**, **2007**.

I declare under penalty of perjury that the foregoing is true and correct.

**August 3, 2007**
(Date)

_[signature]_
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20529

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here
CHASE MD 2
13 JUL 2007
USPS
07/19/2007

7004 2510 0004 8751 6866

Sent To: Emilio T. Gonzalez, USCIS
Street, Apt. No.; or PO Box No.: 20 Mass. Ave. N.W.
City, State, ZIP+4: Wash. D.C. 20529

PS Form 3800, June 2002           See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Emilio T. Gonzalez, PhD
   Director, USCIS
   20 Mass. Ave. N.W.
   Wash. D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7004 2510 0004 8751 6866

PS Form 3811, February 2004       Domestic Return Receipt       102595-02

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
    Plaintiff(s)

vs.

Civil Action No. 07 1278 RMU

Michael CHERTOFF et al
    Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

```
Robert S Mueller III, Director
FBI
935 Penna. Ave. N.W.
Washington, D.C. 20525
```

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6873 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
(Date)

(Signature)



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 8751 6873**
Status: **Delivered**

Your item was delivered at 3:32 AM on July 23, 2007 in WASHINGTON, DC 20535.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jela JEVREMOVIC
_____
    Plaintiff(s)

Civil Action No. 07 1278 RMU

vs.

Michael CHERTOFF et al
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, J. Michael Springmann, hereby state that:

On the 19th day of July, 2007, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery,~~ addressed to the following defendant:

```
Michael CHERTOFF, Secretary
Department of Homeland Security
425 Murray Drive
Bldg 410
Washington, D.C. 20528
```

I have received the receipt for the certified mail, No. 7004 2510 0004 8751 6860 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 23rd day of July, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

August 3, 2007
_____
(Date)

_____
(Signature)


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0004 8751 6880**
Status: **Delivered**

Your item was delivered at 7:34 AM on July 23, 2007 in WASHINGTON, DC 20528.

**Track & Confirm**
Enter Label/Receipt Number.

*Additional Details >*    *Return to USPS.com Home >*

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here  07/19/2007  CHEVY CHASE MD 20815

Sent To: Michael Chertoff, DHS
Street, Apt. No.; or PO Box No. 425 Murray Drive, Bldg 410
City, State, ZIP+4 Wash. D.C. 20528

PS Form 3800, June 2002    See Reverse for Instructions

7004 2510 0004 8751 6880