# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JELA JEVREMOVIC, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 1:07-CV-01278 (RMU) |
| MICHAEL CHERTOFF, Director, U.S. Department of Homeland Security, | ) |
| and | ) |
| EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services, | ) |
| and | ) |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Pratt, Special Assistant United States Attorney, as counsel of record for the Respondents in the above-captioned case.

Respectfully submitted,

 /s Sherease Pratt
SHEREASE PRATT
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Notice of Appearance to be sent by the Court's Electronic Case Filing System, this 24th day of September, 2007 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
[springmannslaw@fcc.net](mailto:springmannslaw@fcc.net)

*Counsel for Petitioner*

                                                      /s/Sherease Pratt
                                                      SHEREASE PRATT