UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| JELA JEVREMOVIC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-CV-01278 (RMU) |
| | ) |
| MICHAEL CHERTOFF, Director, | ) |
| U.S. Department of Homeland Security, | ) |
| | ) |
| and | ) |
| | ) |
| EMILIO GONZALEZ, Director, | ) |
| U.S. Citizenship and Immigration Services, | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT S. MUELLER, III, Director, | ) |
| Federal Bureau of Investigation, | ) |
| | ) |
| Respondents. | ) |

_____)

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for the Responds in the above-captioned case, and withdraw the appearance of Sherease Pratt, Special Assistant United States Attorney.

Respectfully submitted,

_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be sent by the Court's Electronic Case Filing System, this 26th day of November, 2007 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                            /s/ Robin M. Meriweather
                                            ROBIN M. MERIWEATHER