U.S. DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jela JEVREMOVIC<br>4545 Connecticut Avenue N.W.<br>Apartment 711<br>Washington, D.C. 20008,<br>        Petitioner | *<br>*<br>*<br>* | |
| v. | * | Case: 1:07-cv-01278 RMB |
| Michael CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive; Building 410<br>Washington, D.C. 20528,<br>        Respondent | *<br>*<br>*<br>* | |
| Emilio T. GONZALEZ, Ph.D., Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20529,<br>        Respondent | *<br>*<br>*<br>* | |
| Robert S. MUELLER III, Director<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20525,<br>        Respondent | *<br>*<br>*<br>* | |

**PETITONER'S RESPONSE TO RESPONDENTS' MOTION TO STRIKE**

COMES NOW THE PETITIONER, Jela Jevremovic, by and through counsel and requests this Honorable Court to dismiss Respondents' Motion to Strike filed on December 04, 2007. As reasons for such, Petitioner Jevremovic states as follows:

    1. A careful reading of Local Rule 7 does not indicate any basis for Respondents' Motion. Indeed, the Rule is more concerned with page limitations, proposed orders, and time for

reply memoranda. However, the Rule does provide a requirement to respond to filings, otherwise, the points argued by the other side may be conceded.

2. A careful reading of the federal Rules of Civil Procedure does not indicate any basis for Respondents' Motion and says nothing at all about a "sur-reply". Respondents appear to have misconstrued their ability and desire to continue opposition to Petitioner Jevremovic's efforts to obtain U.S. citizenship while attempting to limit her responses to their endeavors. It is not clear why Respondents' believe Ms. Jevremovic has exhausted all her arguments against their attempts to block her from obtaining a citizenship interview or that there is set number of such assertions to be made.

3. The government, in its Motion to Strike, goes on for four (4) pages about the Petitioner repeating her arguments and insisting that she and her counsel have relied on cases which have no bearing on her situation while ignoring its own efforts to make smoke without fire. Moreover, the government has again, unsurprisingly, restated its argument (which appears in every pleading it files) that the Respondents and the U.S. Justice Department are not bound by any law of the United States dictating speedy adjudication of Citizenship. This is not surprising since Respondents' counsel, i.e., the U.S. Justice Department, is currently arguing that the Central Intelligence Agency (CIA) should not be prosecuted for destroying video and sound records of illegal torture in which it engaged. This is the same Justice Department that defended the sacking of Sibel Edmonds from the Federal Bureau of Investigation for questioning an Israeli intelligence operation involving Turkey and the same U.S. government agency that has kept Sami Al Arian in jail since 2003 for speaking out against oppression of the Palestinians.

4. Egregiously, in Paragraph 14 of the Motion to Strike, Respondents' again claim that

2

Congress never intended federal courts to intervene in citizenship cases unless and until Respondent U.S. Citizenship and Immigration Services (USCIS) interviews the applicant for citizenship. Following that warped line of "reasoning", no one could ever become a citizen if USCIS choose to sit on an application. In all of our pleadings, we have given repeated references to cases and law which are diametrically opposed to the specious remarks of the government.

     THEREFORE, Petitioner Jevremovic prays this Honorable Court to dismiss Respondents' latest Motion to prevent her from having her day in court.

December 24, 2007                     Respectfully submitted,

                                        Jela Jevremovic, Petitioner

                                        By counsel,

                                        J. Michael Springmann
                                        Law Office of J. Michael Springmann PLLC
                                        4619 Yuma Street N.W.
                                        Washington, D.C. 20016
                                        Tel. (202) 686-4869
                                        Fax (202) 966-1254
                                        E-Mail: springmannslaw@fcc.net
                                        U.S. District Court Bar No. 465099

**U.S. DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Jela JEVREMOVIC<br>4545 Connecticut Avenue N.W.<br>Apartment 711<br>Washington, D.C. 20008,<br>            Petitioner | *<br><br>*<br><br>*<br>* | |
| v. | * | Case: 1:07-cv-01278 RMB |
| Michael CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive; Building 410<br>Washington, D.C. 20528,<br>            Respondent | *<br><br>*<br><br>*<br>* | |
| Emilio T. GONZALEZ, Ph.D., Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20529,<br>            Respondent | *<br><br>*<br><br>*<br>* | |
| Robert S. MUELLER III, Director<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20525,<br>            Respondent | *<br><br>*<br><br>*<br>* | |

**ORDER**

Upon consideration of Petitioner Jevremovic's Opposition to Respondents' Motion to Strike, or, in the alternative, to obtain leave of Court to respond, it is this _____ day of _____,

ORDERED:   that Respondents' Motion to Strike or for leave to Reply, be and hereby is denied.

_____
Ricardo M. Urbina
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on December 24, 2007, I served electronically, through the Court's Electronic Case filing system, the U.S. Attorney for the District of Columbia, Jeffrey A. Taylor, located at 555 4th Street N.W.; Washington, D.C. 20530 with a true and correct copy of the foregoing Response and Order.

J. Michael Springmann