## U.S. DISTRICT COURT
## FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jela JEVREMOVIC | * | |
| 4545 Connecticut Avenue N.W. | | |
| Apartment 711 | * | |
| Washington, D.C. 20008, | | |
|         Petitioner | * | |
| | | |
|     v. | * | Case: 1:07-cv-01278 RMB |
| | | |
| Michael CHERTOFF, Secretary | * | |
| U.S. Department of Homeland Security | | |
| 425 Murray Drive; Building 410 | * | |
| Washington, D.C. 20528, | | |
|         Respondent | * | |
| | | |
| Emilio T. GONZALEZ, Ph.D., Director | * | |
| U.S. Citizenship & Immigration Services | | |
| 20 Massachusetts Avenue N.W. | * | |
| Washington, D.C. 20529, | | |
|         Respondent | * | |
| | | |
| Robert S. MUELLER III, Director | * | |
| Federal Bureau of Investigation | | |
| 935 Pennsylvania Avenue N.W. | * | |
| Washington, D.C. 20525, | | |
|         Respondent | * | |

### MOTION FOR OFFICIAL JUDICIAL NOTICE

COMES NOW THE PETITIONER Jela Jevremovic, by and through counsel, and moves

this Honorable Court to take Official Judicial Notice of the attached Motion for Enlargement of

Time to File Answer and the Undersigned's Motion to Strike in an extremely similar case, CA

No. 1:07-CV-2153 ESH now before Judge Ellen S. Huvelle of this Honorable Court, involving

the same Respondents defended by the same Assistant U.S. Attorney Robin M. Meriweather.

As reasons for such, Petitioner Jevremovic states that Assistant U.S. Attorney

Meriweather claims to need an additional month before responding to that other case because she needs to consult with the same Respondents to learn all the necessary information about the matter. As this Honorable Court is aware through voluminous pleadings filed by the government, Assistant U.S. Attorney Meriweather has detailed and intimate knowledge of the Respondents' egregious, deliberate, and unwarranted delays in adjudicating Petitioner's and others' Applications for Citizenship. Assistant U.S. Attorney Meriweather's actions in both matters appear to be designed to cause unnecessary delay in and needlessly increase the cost of this litigation.

February 10, 2008                    Respectfully submitted,

                                     Jela Jevremovic

                                     By Counsel

                                     J. Michael Springmann
                                     Law Office of J. Michael Springmann PLLC
                                     4619 Yuma Street N.W.
                                     Washington, D.C. 20016
                                     Tel. (202) 686-4869
                                     Fax (202) 966-1254
                                     E-Mail: springmannslaw@fcc.net
                                     U.S. District Court Bar No. 465099

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2008, I served electronically, through the Court's Electronic Case filing system, the U.S. Attorney for the District of Columbia, Jeffrey A. Taylor, located at 555 4th Street N.W.; Washington, D.C. 20530 with a true and correct copy of the foregoing Motion for Official Judicial Notice in Case: 1:07-cv-01278 RMB, as well as the Motion for Enlargement of Time, Motion to Strike Pleadings and Order in CA No. 1:07-CV-2153 ESH.

J. Michael Springmann

# U.S. DISTRICT COURT
# FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rola HAMANDI | * | |
| 1816 S.W. 4th Avenue | | |
| Pompano Beach, Fla. 33060, | * | |
|  Petitioner | | |
| | * | |
|  v. | | CA No. 1:07-CV-2153 ESH |
| | * | |
| Michael CHERTOFF, Secretary | | |
| U.S. Department of Homeland Security | * | |
| 425 Murray Drive; Building 410 | | |
| Washington, D.C. 20528, | * | |
|  Respondent | | |
| | * | |
| Emilio T. GONZALEZ, Ph.D., Director | | |
| U.S. Citizenship & Immigration Services | * | |
| 20 Massachusetts Avenue N.W. | | |
| Washington, D.C. 20529, | * | |
|  Respondent | | |
| | * | |
| Robert S. MUELLER III, Director | | |
| Federal Bureau of Investigation | * | |
| 935 Pennsylvania Avenue N.W. | | |
| Washington, D.C. 20525, | * | |
|  Respondent | | |

## MOTION TO STRIKE PLEADING

COMES NOW THE PETITIONER, Rola Hamandi, and moves this Honorable Court to strike the government's Motion for Enlargement of Time to File Answer. As reasons for such, Mrs. Hamandi states the following:

1. Assistant U.S. Attorney Robin M. Meriweather does not need, as she claims, to consult the Department of Homeland Security (DHS), the Federal Bureau of Investigation (FBI),

or the U.S. Citizenship and Immigration Services (USCIS) regarding any of Petitioner Hamandi's factual allegations or any facts that might support any defenses that Respondents could possibly have.

2. The facts and allegations of this case are quite similar to the facts and allegations of another case before Judge Ricardo Urbina of this Honorable Court, 1:07-cv-01278 RMB, an action Petitioning for a Writ of Mandamus to compel the United States to fulfill its obligations and adjudicate that Petitioner's application for citizenship, pending nearly two (2) years, an action in which Assistant U.S. Attorney Meriweather is also defending the same Respondents' outrageous delay in deliberately withholding settlement of that Petitioner's application. Assistant U.S. Attorney Meriweather has spent hours of the Undersigned's time and thousands of his client's dollars deliberately delaying resolution of that matter. Attorney U.S. Attorney Meriweather has already consulted with DHS, the FBI, and USCIS about the reasons for that case's delay, i.e., the inability or unwillingness of Respondents to move forward and complete the background investigation required for USCIS to schedule a citizenship interview--the very point of contention in the instant case. Additionally, in that other dispute, Assistant U.S. Attorney Meriweather has submitted extensive affidavits from the FBI and USCIS claiming that they can neither expedite a background check nor deal with the thousands of situations they presently are working on. This is in addition to voluminous pleadings that this Honorable Court has no jurisdiction in citizenship matters.

3. Moreover, the facts and allegations of these two cases are markedly simply to many others around the country, including a class action Mandamus Petition now pending in the 9th Circuit, Case No. SACV 07-1394. It is the apparent policy of the U.S. Justice Department to

vigorously oppose any efforts to seek prompt adjudication of naturalization applications in the hopes of forcing litigants to give up and submit to waiting years to become U.S. Citizens, thus forfeiting many important rights.

4. Most egregiously, Assistant U.S. Attorney Meriweather DID NOT, REPEAT NOT, attempt to contact the Undersigned pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, as claimed in the first paragraph of her Motion for Enlargement of Time. The Undersigned DID NOT, REPEAT NOT, receive an E-mail or fax attempting to obtain Petitioner's position on that Motion from her Counsel. Additionally, Assistant U.S. Attorney Meriweather DID NOT, REPEAT NOT telephone the Undersigned to obtain Petitioner's position on that Motion. The Undersigned has Caller ID on his instrument and a review of calls from February 4 through February 8 did not show that he was telephoned by Assistant Attorney U.S. Attorney Meriweather or any other agency of the U.S. government, other than a contact at the U.S. Government Accountability Office with whom he has spoken regarding these deliberate and entirely unwarranted delays of legitimate applications for citizenship.

5. Assistant Attorney Meriweather's Motion appears to be designed to cause unnecessary delay in and needlessly increase the cost of this litigation. Moreover, the Motion in question is, as noted above, entirely frivolous since Assistant Attorney Meriweather well knows the Respondents' position on adjudicating delays in Citizenship applications.

WHEREFORE, for the foregoing reasons, Petitioner Hamandi respectfully requests this Honorable Court to forthwith strike the government's pleading for an Enlargement of Time to File Answer and to grant her Petition for a Writ of Mandamus.

3

February 10, 2008

Respectfully submitted,

Rola Hamandi

By Counsel

J. Michael Springmann
Law Office of J. Michael Springmann PLLC
4619 Yuma Street N.W.
Washington, D.C. 20016
Tel. (202) 686-4869
Fax (202) 966-1254
E-Mail: springmannslaw@fcc.net
U.S. District Court Bar No. 465099

4

**U.S. DISTRICT COURT**
**FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Rola HAMANDI | * | |
| 1816 S.W. 4th Avenue | | |
| Pompano Beach, Fla. 33060, | * | |
| Petitioner | | |
| | * | |
| v. | | |
| | * | CA No. 1:07-CV-2153 ESH |
| Michael CHERTOFF, Secretary | | |
| U.S. Department of Homeland Security | * | |
| 425 Murray Drive; Building 410 | | |
| Washington, D.C. 20528, | * | |
| Respondent | | |
| | * | |
| Emilio T. GONZALEZ, Ph.D., Director | | |
| U.S. Citizenship & Immigration Services | * | |
| 20 Massachusetts Avenue N.W. | | |
| Washington, D.C. 20529, | * | |
| Respondent | | |
| | * | |
| Robert S. MUELLER III, Director | | |
| Federal Bureau of Investigation | * | |
| 935 Pennsylvania Avenue N.W. | | |
| Washington, D.C. 20525, | * | |
| Respondent | | |

**ORDER**

Upon consideration of Petitioner Hamandi's Motion to Strike as well as her initial

Petition for the Writ of Mandamus, it is this _____ day of _____, 2008

ORDERED

that Respondent's Motion for Extension of Time to File Answer be and hereby is denied,

and it is further

ORDERED

that Mrs. Hamandi's Petition for a Writ of Mandamus be and hereby is granted, and it is further

ORDERED

that Respondents pay all reasonable attorneys fees and costs under the Equal Access to Justice Act (5 U.S.C. § 504; 28 U.S.C. § 2412) because Respondents' positions were not substantially justified.

_____
Ellen S. Huvelle
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2008, I served electronically, through the Court's Electronic Case filing system, the U.S. Attorney for the District of Columbia, Jeffrey A. Taylor, located at 555 4th Street N.W.; Washington, D.C. 20530 with a true and correct copy of the foregoing Motion to Strike and Order.

Michael Springmann

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLA HAMANDI,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) **Civil Action No. 1:07-CV-2153 (ESH)** |
| | ) |
| | ) |
| **MICHAEL CHERTOFF, Director,** | ) |
| **U.S. Department of Homeland Security, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

### MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Respondents Michael Chertoff, et al., through undersigned counsel, hereby request that the Court grant Respondents a 30-day enlargement of time to answer Petitoiner's Mandamus Complaint, making the Answer due March 12, 2008. Respondents' answer currently is due February 11, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Respondents contacted opposing counsel to obtain Petitioner's position on this motion. However, counsel for Petitioner had not yet responded as of the time this motion was filed.

This is an immigration case, arising out of a Form N-400 application for naturalization filed by Petitioner. The mandamus complaint asks the Court to compel USCIS to complete its adjudication of that naturalization application.

Respondents wish to answer the Complaint expeditiously. However, to prepare an answer, or otherwise respond to the complaint, the undersigned must consult with the Department of Homeland Security and the Federal Bureau of Investigations concerning Petitioner's factual allegations, and the facts that support any defense Respondents may raise.

Although the undersigned has made a good faith effort to obtain all necessary information in advance of the answer deadline, she has not yet received all of the necessary factual information from the Respondent agencies. Accordingly, counsel for Respondents needs additional time to complete that factual investigation and review of the record, and to prepare Respondents' responsive pleading.

Respondents have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Respondents an additional 30 days to answer Petitioner's Complaint should cause no prejudice.

WHEREFORE, for the foregoing reasons, Respondents respectfully request that the Court GRANT Respondents' Motion for Extension of Time to File Answer.

Dated: February 8, 2008

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROLA HAMANDI,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) **Civil Action No. 1:07-CV-2153 (ESH)** |
| | ) |
| | ) |
| **MICHAEL CHERTOFF, Director,** | ) |
| **U.S. Department of Homeland Security, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Upon consideration of Respondents' Motion for Extension of Time to File Answer, it is

this _____ day of _____, 2008,

ORDERED that Respondents' Motion for Extension of Time to File Answer be and is

hereby GRANTED.

It is further ORDERED that Respondents' shall submit an Answer or otherwise respond

to the Complaint by March 12, 2008.

SO ORDERED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Motion to be sent by the Court's

Electronic Case Filing System, this 8th day of February, 2008 to:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

_____ /s/ Robin M. Meriweather _____
ROBIN M. MERIWEATHER