UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JELA JEVREMOVIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01278 (RMU) |
| ) | |
| ) | |
| MICHAEL CHERTOFF, Director, ) | |
| U.S. Department of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |

**OPPOSITION TO PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE**

Defendants, through their undersigned counsel, hereby oppose Plaintiff's motion to take judicial notice. Plaintiff asks the Court to take judicial notice of the fact that the undersigned Assistant United States Attorney sought an enlargement of time in a case involving a different plaintiff. Courts may take judicial notice of matters of public record. See generally Government of Rwanda v. Rwanda Working Group, 227 F. Supp. 2d 45 (D.D.C. 2002). However, there is no basis for the Court to exercise its discretion to do so in this matter.

Defendants sought, and obtained, an enlargement of time in Hamandi v. Chertoff, No. 07-2153 (ESH), because counsel for Defendants had not yet received the factual information specific to that case that she needed to prepare Defendants' response to the complaint.[1] That has no bearing on the progress or cost of this litigation, in which both parties have already filed dispositive motions. Plaintiff's assertion that the undersigned's actions were designed to cause

---

[1] The undersigned complied with Local Civil Rule 7(m) in submitting that motion, notwithstanding the contrary allegations in the Motion to Strike attached to Plaintiff's motion to take judicial notice. See No. 07-2153 at Dkt. Entry 11. District Judge Huvelle denied Plaintiff's Motion to Strike. See No. 07-2153, February 20, 2008 Minute Order.

delay and increase the costs of this litigation is baseless. The motion to take judicial notice should therefore be denied.

Dated February 25, 2008                                    Respectfully submitted,

                /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed and served through the Court's Electronic Case Filing System, this 25th day of February, 2008 upon:

J. Michael Springmann PLLC
4619 Yuma Street N.W.,
Washington, D.C. 20016
springmannslaw@fcc.net

                                         /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER