U.S. DISTRICT COURT
FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jela JEVREMOVIC<br>4545 Connecticut Avenue N.W.<br>Apartment 711<br>Washington, D.C. 20008,<br>        Petitioner | *<br><br>*<br><br>* | |
| v. | * | Case: 1:07-cv-01278 RMB |
| Michael CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive; Building 410<br>Washington, D.C. 20528,<br>        Respondent | *<br><br>*<br><br>* | |
| Emilio T. GONZALEZ, Ph.D., Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20529,<br>        Respondent | *<br><br>*<br><br>* | |
| Robert S. MUELLER III, Director<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20525,<br>        Respondent | *<br><br>*<br><br>* | |

**MOTION TO VACATE MINUTE ORDER STRIKING PETITIONER'S
MEMORANDUM IN OPPOSITION TO RESPONDENTS' MOTION FOR SUMMARY
JUDGMENT**

**FAILURE OF COURT TO OBSERVE FRCP 5(b)(2)(E)**

COMES NOW THE PETITIONER, Jela Jevremovic, by and through counsel, and respectfully moves this Honorable Court to reconsider its Minute Order striking her Opposition to the government's Motion for Summary Judgment. As reasons for such, Ms. Jevremovic states

as follows:

1. Federal Rule of Civil Procedure 5(b)(2)(E) says *A paper is served under this rule by: (E) sending it by electronic means if the person consented in writing—in which event service is complete upon transmission,* **but is not effective if the serving party learns that it did not reach the person to be served;** (Emphasis added. Copy of relevant portion attached.)

2. This Honorable Court was informed that its Order of February 26, 2008 had never been received through telephonic means (1) by the Undersigned's conversation with Judge Ricardo Urbina's law clerk, Jeff Cook, on Friday, May 2; (2) by the Undesigned's call to Judge Urbina's Courtroom Deputy, Mr. Dales, on Friday, May 2; by the Undersigned's call to a Mr, Burgess, chief of the ECF branch at the federal courthouse on Friday, May 2. On Monday, May 5, the Undersigned spoke with individuals stating that they were Mr. Dales and Mr. Burgess about the non-receipt of the Order. Neither Messrs. Cook, nor Dales, nor Burgess could explain why the Undersigned did not receive a copy of that Order.

3. After Messrs. Dales and Burgess re-sent a copy of that Order, which was received at 0847 hours on May 5, the Undersigned responded to it, sending his Opposition to Respondents' Motion for Summary Judgment that same day. In that Opposition, on the first page, was a very clear statement in writing that the Order had not been received:  *Undersigned Counsel did not receive electronic or any other form of notice that Judge Urbina required a response to the government's Motion for Summary Judgment or to Dismiss until May 5, 2008.*

4. Therefore, there was no good service of the Order to Respond by February 29, 2008. Therefore, there was no requirement to request leave to late file any Opposition to the government's Motion for Summary Judgment. Therefore, there was no reason to strike

2

Petitioner's Opposition to the government's Motion for Summary Judgment.

THEREFORE, Petitioner Jevremovic prays this Honorable Court to vacate its Minute Order striking her Opposition to the government's Motion fr Summary Judgment.

May 6, 2008                                    Respectfully submitted,

                                               Jela Jevremovic

                                               By Counsel,

                                               _____
                                               J. Michael Springmann
                                               Law Office of J. Michael Springmann PLLC
                                               4619 Yuma Street N.W.
                                               Washington, D.C. 20016
                                               Tel. (202) 686-4869
                                               Fax (202) 966-1254
                                               E-Mail: springmannslaw@fcc.net
                                               U.S. District Court Bar No. 465099

3

**(1) Serving an Attorney.**

If a party is represented by an attorney, service under this rule must be made on the attorney unless the court orders service on the party.

**(2) Service in General.**

A paper is served under this rule by:

(A) handing it to the person;

(B) leaving it:

(i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or

(ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;

(C) mailing it to the person's last known address — in which event service is complete upon mailing;

(D) leaving it with the court clerk if the person has no known address;

(E) sending it by electronic means if the person consented in writing — in which event service is complete upon transmission, but is not effective if the serving party learns that it did not reach the person to be served; or

(F) delivering it by any other means that the person consented to in writing — in which event service is complete when the person making service delivers it to the agency designated to make delivery.

**(3) Using Court Facilities.**

If a local rule so authorizes, a party may use the court's transmission facilities to make service under Rule 5(b)(2)(E).

**(c) Serving Numerous Defendants.**

**(1) In General.**

If an action involves an unusually large number of defendants, the court may, on motion or on its own, order that:

(A) defendants' pleadings and replies to them need not be served on other defendants;

(B) any crossclaim, counterclaim, avoidance, or affirmative defense in those pleadings and replies to them will be treated as denied or avoided by all other parties; and

(C) filing any such pleading and serving it on the plaintiff constitutes notice of the pleading to all parties.

**(2) Notifying Parties.**

A copy of every such order must be served on the parties as the court directs.

**(d) Filing**

## U.S. DISTRICT COURT
## FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jela JEVREMOVIC<br>4545 Connecticut Avenue N.W.<br>Apartment 711<br>Washington, D.C. 20008,<br>            Petitioner | *<br><br>*<br><br>* |
| v. | *   Case: 1:07-cv-01278 RMB |
| Michael CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive; Building 410<br>Washington, D.C. 20528,<br>            Respondent | *<br><br>*<br><br>* |
| Emilio T. GONZALEZ, Ph.D., Director<br>U.S. Citizenship & Immigration Services<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20529,<br>            Respondent | *<br><br>*<br><br>* |
| Robert S. MUELLER III, Director<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20525,<br>            Respondent | *<br><br>*<br><br>* |

## ORDER

Having read the foregoing Motion to Vacate and being concerned that the Interests of

Justice might not be served by slavish reliance upon imperfect technology, it is this _____ day of

_____, 2008

ORDERED

      that the May 6 Minute Order be and hereby is vacated; and it is further

ORDERED

    that Petitioner Jevremovic's Memorandum in Opposition to the Respondents' Motion for Summary Judgment or to Dismiss be and hereby is accepted and docketed.

                                                                                             _____
                                                                                             Ricardo M. Urbina
                                                                                              District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2008, I served electronically, through the Court's Electronic Case filing system, the U.S. Attorney for the District of Columbia, Jeffrey A. Taylor, located at 555 4th Street N.W.; Washington, D.C. 20530 with a true and correct copy of the foregoing Motion to Vacated the May 5, 2008 Minute Order.

I also hereby certify that, on May 6, 2008, I placed in the U.S. Mail, first class postage pre-paid, a copy of the foregoing Motion to Vacate addressed Jeffrey A. Taylor at 555 4th St. N.W. I also certify that I placed a copy of the foregoing in the U.S. Mail, first-class postage pre-paid to Judge Ricardo M. Urbina, located at United States District Court for the District of Columbia; 333 Constitution Avenue, N.W.; Washington, D.C. 20001

J. Michael Springmann